IN RE OHIO CRIMINAL SENTENCING STATUTES CASES.

[Cite as *In re Ohio Criminal Sentencing Statutes Cases,* 109 Ohio St.3d 509, 2006-Ohio-2721.]

(Submitted May 24, 2006—Decided June 7, 2006.)

{¶ 1} The following dispositions of currently pending appeals are hereby entered based on our decision in *State v. Foster*, 109 Ohio St.3d 1, 2006-Ohio-856, 845 N.E.2d 470.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

{¶ 2} Discretionary appeals are accepted in the following cases, the judgments of the courts of appeals are reversed, and the causes are remanded to the trial courts for resentencing. If propositions of law are noted, such reversals apply only to those portions of the judgments of the courts of appeals as are implicated by the applicable propositions of law:

{¶ 3} 2006-0277. *State v. Jones*, Allen App. No. 1–04–53, 2005-Ohio-6859, 2005 WL 3526781. Accepted on Proposition of Law No. V.

{¶ 4} 2006-0313. *State v. Hines*, Allen App. No. 1–04–47, 2005-Ohio-6870, 2005 WL 3527004.

{¶ 5} 2006-0318. *State v. Wassil*, Portage App. No. 2004–P–0102, 2005-Ohio-7053, 2005 WL 3610436. Accepted on Proposition of Law No. II.

{¶ 6} 2006-0327. *State v. Mitchell*, Summit App. No. 22830, 2005-Ohio-6915, 2005 WL 3537651.

{¶ 7} 2006-0337. *State v. Harris*, Hamilton App. No. C–040483, 2005-Ohio-6995, 2005 WL 3557397. Accepted on Proposition of Law No. II.

{¶ 8} 2006-0387. *State v. Axson*, Cuyahoga App. No. 86029, 2005-Ohio-6342, 2005 WL 3219727. Accepted on Proposition of Law No. II.

{¶ 9} 2006-0466. *State v. Moser*, Richland App. No. 05CA39, 2006-Ohio-165, 2006 WL 136158. Accepted on Proposition of Law No. I.

{¶ 10} 2006-0475. *State v. Bryant*, Summit App. No. 22723, 2006-Ohio-517, 2006 WL 287958. Accepted on Proposition of Law No. II.